# EXHIBIT E

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

MARK ROGOLINO,
individually and
on behalf of all other similarly situated,

    *Plaintiff*,

v.

WALMART, INC.,

    *Defendant*.

**CASE NO. 2024CA001358**

**UNIFORM CASE NO.:
562024CA001358AXXXHC**

## NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT

    Defendant, WALMART, INC., by and through its undersigned counsel and pursuant to 28 U.S.C. § 1446, hereby provides notice to this Court that the instant litigation has been removed by Defendant to the United States District Court for the Southern District of Florida pursuant to the "Notice of Removal" that was filed with that court, a copy of which is attached hereto as **Exhibit 1**. Defendant respectfully advises that no further action is to be taken in this case unless and until this case is remanded to this Court.

Date: September 20, 2024

Respectfully submitted,

/s/ Bret R. Vallacher
Bret R. Vallacher
FL Bar No. 1011122
MASSEY & GAIL LLP
1000 Maine Ave SW, Suite 450
Washington, D.C. 20024
(202) 780-0351 (telephone)
bvallacher@masseygail.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served through the Florida Court's E-Filing Portal on all counsel of record on September 20, 2024.

/s/ Bret R. Vallacher
Bret R. Vallacher
FL Bar No. 1011122