UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MARK ROGOLINO, individually and on behalf of all other similarly situated,

    *Plaintiff*,

    v.

WALMART, INC.,

    *Defendant*.

CASE NO.

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Walmart Inc. in the above captioned action, certifies that it is a publicly held corporation, has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

Date: September 20, 2024

Respectfully submitted,

/s/ Bret R. Vallacher
Bret R. Vallacher
FL Bar No. 1011122
MASSEY & GAIL LLP
1000 Maine Ave SW, Suite 450
Washington, D.C. 20024
(202) 780-0351 (telephone)
(312) 379-0467 (facsimile)
bvallacher@masseygail.com

Suyash Agrawal (*pro hac vice* forthcoming)
Paul Berks (*pro hac vice* forthcoming)
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590 (telephone)
(312) 379-0467 (facsimile)
sagrawal@masseygail.com
pberks@masseygail.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing document to be served upon Plaintiff at the address set forth below via regular mail and email on this 20th day of September, 2024:

>Manuel S. Hiraldo, Esq.
>FL Bar No. 030380
>401 E. Las Olas Boulevard, Suite 1400
>Ft. Lauderdale, FL 33301
>mhiraldo@hiraldolaw.com

>/s/ *Bret R. Vallacher*
>Bret R. Vallacher