UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14308-CIV-CANNON

**MARK ROGOLINO**
individually and on behalf
of others similarly situated,

    Plaintiff,

v.

**WALMART, INC.**,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal of Plaintiff's individual claims without Prejudice, filed on May 5, 2025 [ECF No. 23]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITHOUT PREJUDICE** as to Plaintiff's individual claims, effective May 5, 2025, the date on which the parties filed their Stipulation of Dismissal [ECF No. 23]. The Clerk of Court is directed to **CLOSE** this case.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of May 2025.

                                                  **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record